IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| FORT GORDON HOUSING, LLC d/b/a BALFOUR BEATTY COMMUNITIES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 119-218 |
| RILEY JAMES, | ) ) | |
| Defendant. | ) | |

**O R D E R**

On November 6, 2020, Plaintiff filed a motion to voluntarily dismiss this case without prejudice because the parties have agreed to a payment plan. (Doc. no. 6.) For good cause shown, the Court **GRANTS** the motion, (Id.), and **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 9th day of November, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA